# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 13, 2019

## NO. 03-19-00049-CV

**Irwin Pentland, Appellant**

**v.**

**Stacey Denise Pentland, Appellee**

**APPEAL FROM THE 345TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES GOODWIN, BAKER, AND KELLY
DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE BAKER**

This is an attempted appeal in a case that lacks a final judgment or appealable order. Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.